## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR597-001 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| | ) | |
| FRANK MAGDA, | ) | |
| | ) | ORDER |
| Defendant(s). | ) | |
| | ) | |

Defendant filed a "Motion to Set Defendant Magda's Date of Self Surrender for the First Week of July, 2007" (ECF Doc. No. 11).  Plaintiff's have no objection to the motion with the understanding that the reporting date will not be spread out "too long."

The Court grants defendant's motion.

Therefore, it is **ORDERED** that Defendant Frank Magda shall report for service of sentence to the Bureau of Prisons on **July 2, 2007.**

The Clerk shall provide a copy of this Order to the United States Marshal.

IT IS SO ORDERED.

Christopher A. Boyko
_____
Christopher A. Boyko
United States District Court Judge

DATE: April 20, 2007